IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 SEP 20  AM 10: 23

| | |
|---|---|
| QORANE ABDIFATAH GAAS, §<br>Petitioner, §<br>§<br>v. §<br>§<br>WILLIAM P. JOYCE, El Paso Field §<br>Office Director, et al., §<br>Respondents. § | EP-18-CV-118-DB |

## ORDER

On this day, the Court considered Respondents William P. Joyce and Corey Price's ("Respondents") "Advisory to the Court," filed in the above-captioned case on September 17, 2018. Therein, Respondents inform the Court that Petitioner Qorane Gaas has been removed to Somalia.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner Qorane Gaas's case is **DISMISSED**.

**IT IS FURTHER ORDERED** that Respondents William P. Joyce and Corey Price's "Motion to Dismiss, or in the Alternative, Motion for Summary Judgment of Plaintiff's Amended Habeas Petition," ECF No. 30, and any other pending motions are **MOOT**.

**SIGNED** this **20th** day of **September 2018**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE